UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEBORAH LEETH,** | } |
| | } |
| Plaintiff, | } |
| | } |
| vs. | } CASE NO. 2:07-cv-01698-SLB |
| | } |
| **TYSON FOODS, INC.,** | } |
| | } |
| Defendant. | } |

**MEMORANDUM OPINION**

This case is currently before the court on defendant Tyson Foods, Inc.'s ("Tyson") Motion for Summary Judgment. (Doc. 36.)[1] On March 29, 2010, the Magistrate Judge entered a Report and Recommendation Regarding Defendant's Motion for Summary Judgment, recommending that Tyson's Motion be granted, and that plaintiff Deborah Leeth's ("Leeth") claims against it be dismissed with prejudice. (Doc. 49 at 37.) The parties were allowed fifteen (15) days to file written objections to the recommended disposition pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure. (*See id.*) Leeth filed her Objections to Magistrate Judge's Report and Recommendation Regarding Defendant's Motion for Summary Judgment on April 13, 2010. (Doc. 52.) Tyson thereafter filed a Response to Plaintiff's Objections to Magistrate Judge's Report and Recommendation Regarding Defendant's Motion for Summary Judgment on May 6, 2010. (Doc. 54.) Then,

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.

on May 20, 2010, Leeth filed a Reply to Defendant's Response to Plaintiff's Objections to Magistrate Judge's Report and Recommendation Regarding Defendant's Motion for Summary Judgment. (Doc. 55.)

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, Leeth's Objections, Tyson's Response, Leeth's Reply, as well as the underlying Motion for Summary Judgment, Response in Opposition, and Reply Brief, the court agrees with and accepts the Magistrate Judge's Recommendation, and adopts the Magistrate Judge's Report. The court is of the opinion that Leeth's Objections are due to be overruled. Accordingly, Tyson's Motion for Summary Judgment, (Doc. 36), is due to be granted, and Leeth's claims are due to be dismissed with prejudice. An Order in conformity with this Memorandum Opinion will be entered contemporaneously.

**DONE**, this 17th day of September, 2010.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE